# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Jason R. Mayo # 275915

_____

(Full name of the Plaintiff(s) in this action)

**AMENDED**

**3:22CV-169-DJH**

v.

CIVIL ACTION NO. 3:21-cv-00424-DJH
(To be supplied by the clerk)

Shelly Botaw, Nurse Practitioner
Katherine Smith, Nurse Practitioner
Katherine Williams, FNP-C
Angela Clifford, M.D.

(Full name of the Defendant(s) in this action)

(X) DEMAND FOR JURY TRIAL
( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Jason R. Mayo

Place of Confinement: NorthPoint Training Center

Address: P.O. Box 479, Burgin, Kentucky 40310

Status of Plaintiff: CONVICTED (✓)  PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Katherine Williams** is employed as **Nurse Practitioner** at **Luther Luckett Correctional Complex**.
The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant **Katherine Smith** is employed as **Nurse Practitioner** at **Luther Luckett Correctional Complex**
The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant **Shelly Botaw** is employed as **Nurse Practitioner** at **Northpoint Training Center**.
The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant **Angela Clifford** is employed as **Medical Doctor** at **Northpoint Training Center**.
The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.   PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On 4-30-2020, My rights to proper & adequate medical treatment, and my rights under State & Federal Constitutional provisions were violated by Katherine Williams, "Nurse Practitioner," and Katherine Smith, "Nurse Practitioner," at LLCC, by not following orders from Dr. Tuna Ozyurekoglu's post operation orders addressed in my medical file. Defendant Williams & Smith failed to provide proper medical treatment in cleaning my finger after surgery and further while housing me in an un-sanitized cell in the "Restricted Housing Unit," (Segregation), Where my hand became infected. On 5-5-2020, I left LLCC and returned to RCC, Upon Arrival, I advised medical staff that my left hand/finger was swollen and infected, and that I was housed at LLCC in the "RHU" building and that defendant Williams & defendant Smith were the Main Nurses' that TREATED there. Ms. Williams, or Ms. Smith neither cleaned, re-bandaged, or sought preventative health risk of me contracting an infection while being placed in a cell that is not sufficient for housing inmates coming out of surgery, violating my Eighth & Fourteenth Amendments to the U.S. Constitution by not following the post-operation orders from Dr. Tuna in my medical file. May 12th, 2020, Dr. Tuna Ozyurekoglu made a report, Plaintiff Mr. Mayo's hand-finger was infected, and he ordered antibiotic for my finger and ordered LLCC, & RCC, (Luther Luckett Corr. Complex and Roederer Corr. Complex's) nurse pratitioners' and medical staff "to start gentle passive

4

## III. STATEMENT OF CLAIM(S) continued

rehab and active extensive exercise." From June, 2020-September 2020, I the plaintiff received NO treatment or Rehab for my left middle finger, while Ms. Smith, and Ms. Williams was aware of my condition in regards to my hand and finger. Defendants' Smith & Williams failed to help! I was denied a transfer to the proper facillity for physical therapy treatment, and they were negligent in following Dr. Tuna's orders as laid out in my medical file. Both Smith & Williams did nothing to remedy the situation concerning my swollen hand and infected finger at all, Being indifferent to serious medical need. An X-Ray on 6-23-2020 showed I had broken bone spurrs in my left middle finger, Osteoarthritis, and Possible nerve damage, Which has now led to (2) other surgeries after 6-23-2020. March 11th, 2021 and December 9th, 2021 defendant's Smith and Williams knew my hand/finger needed serious medical attention, and being medical professionals', knew of the risk and dangers posed to me if not reasonably sought after. Katherine Williams, Katherine Smith was personally involved in the incident that plaintiff complains of, and Ms. Williams told me that she was my provider during the dates of concerning this incident." After being transfered to Northpoint Training Ctr. at Burgin, Ky, I made contact with Ms. Angela Clifford, Dr./Nurse Practitioner & Ms. Shelly Botaw, Nurse practitioner, whom both further failed to follow Dr. Tuna Ozyurekoglu's post-operative ~~oerders~~ ORDERS for (physical therapy) following my surgery on 3-11-2021, as addressed in my medical file. Ms. Botaw and Clifford, NEVER) NEVER advised me of the ordered gentle passive rehab or extended exercise given to

III. STATEMENT OF CLAIM(S) continued

her. They gave me a piece of paper that I did not understand on 3-11-2021. It was suppose to be some exercises that I was to perform on my hand, which I had no knowledge of how to perform. So for 9 months-12-9-2021 Ms. Botaw and Clifford never seen me but (1) time and have not seen me since March, 2021, where at that time, they had denied me medical treatment on my finger. Due to the several areas of negligent acts committed by medical staff at LLCC, RCC, and NTC, I am now, going to have a (Fourth) Surgery performed, in which has caused me to not be able to exercise my body, play sports, write letters to my family, and has caused me, and is causing me extreme pain "physically & menatally" with no decent pain reducing medication that will ease the suffering that i am having to endure through this process. Ms. Shelly Botaw & Angela Clifford, have violated my 8th, & 14th Amendment Constitutional rights, as well as, my Universal Human Rights to Serious Medical Need when the need is apparent, Not when "One" thinks an Injury has become severe enough to render the medical treatment that should have been sought prior to the major delay in treatment. On 12-14-2021 & 12-20-2021, I submitted Sick Call Healthcare requests to been seen concerning my Left hand/finger, and it has been a constant struggle to get the Medical staff here at NTC to offer me something for the pain in my hand, finger, arm, and the headaches that I am now having from the pain pertaining to the above. See Healthcare forms.

On 12-21-21, I seen Nurse practitioner Shelly Botaw, for my sick call forms, I showed her my infected wet hand and she did nothing when I asked her to clean my infected hand-finger, I had surgery on 12-9-21, thus denying me that right - I was housed in RHU after surgery - RHU is un-sanitized. Ms. Botaw was aware of this - I told her myself - she did nothing to help me at all — I asked her to clean my wrap and finger - she said no -

6

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 650,000.00

✓ grant injunctive relief by Following all Medical orders by Outside Agencies.

✓ award punitive damages in the amount of $ 650,000.00

✓ other: Prompt medical treatment, and follow "No-Pain Policies."

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 27 day of DECEMBER, 2022

_Jason Mayo_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____ 01-27-22.

_Jason Mayo_
(Signature)

7

Jason R. Mayo #275915
N.T.C
P.O. Box 479
Burgin, KY 40310



UNITED STATES DISTRICT COURTHOUSE
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CLERK, VENESSA. L. ARMSTRONG
601 WEST BROADWAY, ROOM 106
LOUISVILLE, KY   40202

Northpoint Training Center
State Prison
Inmate Mail
P.O. Box 479 Burgin, KY 40310